# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE WEATHERINGTON, | ) NO. CV 11-00490-AHM (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| JOHN MARSHALL, WARDEN, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's untimely Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted and the Petition is dismissed as untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 22, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE