**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MONTE WEATHERINGTON, | ) | NO. CV 11-00490-AHM (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 23, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**